**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Case No. 17-11027-CMA |
| JOHN W LANGNESS, and<br>LYNN H LANGNESS,<br><br>Debtors. | ORDER AUTHORIZING AGREEMENT<br>MODIFYING LOAN SECURED BY<br>DEBTORS' PRIMARY RESIDENCE |

THIS MATTER came before the Court upon the motion of John W. Langness and Lynn H. Langness ("Debtors"). The Court considered the motion and any opposition thereto and the matters on record in this case. It appears for the reason stated in the motion that Debtors' motion should be granted.

ORDER AUTHORIZING
AGREEMENT MODIFYING
LOAN SECURED BY
DEBTOR'S RESIDENCE - 1

KEVIN R. HANSEN, PLLC
1607 EAST FRONT STREET, SUITE C
PORT ANGELES, WA 98362
(360) 452-8315   (360) 452-8215 (FAX)

Case 17-11027-CMA    Doc 32    Filed 06/11/18    Ent. 06/11/18 16:50:44    Pg. 1 of 2

**Below is the Order of the Court.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Debtors are authorized to modify, according to the terms and conditions of the Modification Agreement, the loan secured by the first deed of trust against Debtors' primary residence located at 312 Mountain Home Road, Port Angeles, Washington 98362 in favor of MTGLQ Investors, L.P., assignee of Nationstar Mortgage, LLC, and serviced by Shellpoint Mortgage Servicing.

/// End of Order ///

Presented by:

KEVIN R. HANSEN, PLLC

/s/ Kevin R. Hansen
KEVIN R. HANSEN, WSBA #16777
Attorney for Debtor

ORDER AUTHORIZING
AGREEMENT MODIFYING
LOAN SECURED BY
DEBTOR'S RESIDENCE - 2

KEVIN R. HANSEN, PLLC
1607 EAST FRONT STREET, SUITE C
PORT ANGELES, WA 98362
(360) 452-8315   (360) 452-8215 (FAX)

Case 17-11027-CMA    Doc 32    Filed 06/11/18    Ent. 06/11/18 16:50:44    Pg. 2 of 2