**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No. 17-11027-CMA |
|---|---|
| JOHN W LANGNESS, and LYNN H LANGNESS, | ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN |
| Debtors. | |

THIS MATTER came before the Court on the Debtors' motion for post-confirmation approval of the amended plan ("Motion"). The Court considered the motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

Now, therefore, it is ORDERED that:

1. The amended plan [Docket No. 34] ("Amended Plan") shall become the plan, pursuant to 11 U.S.C. § 1329(b).

//

//

ORDER APPROVING
POST-CONFIRMATION
MODIFICATION OF
PLAN – 1

Kevin R. Hansen, PLLC
1607 East Front Street, Suite C
Port Angeles, WA 98362
360-452-8315 / 360-452-8215 fax

Case 17-11027-CMA    Doc 39    Filed 07/16/18    Ent. 07/16/18 11:45:59    Pg. 1 of 2

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the Amended Plan.

/// End of Order ///

Presented by:

KEVIN R. HANSEN, PLLC

/s/ Kevin R. Hansen
KEVIN R. HANSEN, WSBA #16777
Attorney for Debtors

ORDER APPROVING
POST-CONFIRMATION
MODIFICATION OF
PLAN – 2

Kevin R. Hansen, PLLC
1607 East Front Street, Suite C
Port Angeles, WA 98362
360-452-8315 / 360-452-8215 fax

Case 17-11027-CMA    Doc 39    Filed 07/16/18    Ent. 07/16/18 11:45:59    Pg. 2 of 2